PEOPLE ex rel. 270 PARK AVENUE CORPORATION et al., Respondents, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Submitted April 5, 1943; decided April 15, 1943.

*Herbert C. Smyth, Jr.,* for motion.

*Thomas D. Thacher,* Corporation Counsel (*Arthur H. Goldberg* of counsel), opposed.

Motion denied.

ANNA KATZ et al., Appellants, *v.* BORA REALTY CORPORATION, Respondent.

Submitted April 5, 1943; decided April 15, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 809.)

HARTOL PRODUCTS CORPORATION, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Submitted April 5, 1943; decided April 15, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. Return of remittitur requested and when returned it will be amended to provide that judgment is directed for the plaintiff for $50,000 with interest from February 1, 1936, together with costs to appellant in all courts. (See 290 N. Y. 44.)